

FILED

FEB 2 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jon Lloyd Houston
(Name of Plaintiff)
12500 Bruceville Road
(Address of Plaintiff)
Elk Grove, 95757

vs.

Superior Court of Sacramento /
Sacramento County
(Names of Defendants)

2:15-cv-02156 AC
(Case Number)

Amended
COMPLAINT

I. Previous Lawsuits:

This is a Amended Complaint

A. Have you brought any other lawsuits while a prisoner:  ■ Yes   □ No

B. If your answer to A is yes, how many?: __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

　　1. Parties to this previous lawsuit:

　　　　Plaintiff  Jon Lloyd Houston

　　　　Defendants  Superior Court of Sacramento /
　　　　Sacramento County

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983　　　　　Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

Eastern District of California

3. Docket Number _____

4. Name of judge to whom case was assigned Allison Claire

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
Still Pending

6. Approximate date of filing lawsuit 10/16/15

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

　　A. Is there a grievance procedure available at your institution?　　■ Yes　　☐ No

　　B. Have you filed a grievance concerning the facts relating to this complaint?
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Yes　　■ No
　　　　If your answer is no, explain why not ecessive Bail is not a Grievance Matter

　　C. Is the grievance process completed?　　　　　　　　　■ Yes　　☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

　　A. Defendant Superior Court of ~~is employed as~~ Sacramento at _____

　　B. Additional defendants Sacramento County

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Plaintiff was arrested for two Charges (PC) 29800(A)(1) and (PC) 30305 (A)(1) my Alleged Crimes Are victimless, and my Sacramento County Sheriff's Department inmate Booking information receipt Clearly Shows plaintiff is a homeless man. The Superior Court of Sacramento Sets the Bail Point System used to Review Plaintiffs Booking information and Set A Reasonable Bail Based on Current Charges, plaintiffs Bail was set at $645,000.00 on 6/26/15 at 13:36 at The Sacramento County Jail, Sacramento County Enforced This Act (Exhibit A)

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff Prays The court Grants Relief In the Amount of $645,000.00 plus ten times The Awarded amount in Punitive Damages Along With A Unexcessive Reasonable Bail set For a Homeless man with two Alleged charges. God Bless

Signed this 17 day of Feb, 2016.

_____
(Signature of Plaintiff)
Jon Lloyd Houston

I declare under penalty of perjury that the foregoing is true and correct.

2/17/16
(Date)

_____
(Signature of Plaintiff)
Jon Lloyd Houston

3

*JON Lloyd Houston*
*Case # ...*
*Exhibit - A*

```
****************************************************************
* REPORT-JIPR3M       SACRAMENTO COUNTY SHERIFF'S DEPARTMENT    PAGE 1   *
*                     INMATE BOOKING INFORMATION RECEIPT                 *
* DATE- 06/26/2015                                            TIME- 13:36 *
****************************************************************

NAME- HOUSTON, JON LLOYD                              XREF- 2791955
ADDR.-    1      HOMELESS           *    SACRAMENTO      CA 95814
DOB.- 10/06/1978    POB.- SACRAMENTO         CA
VEHICLE DISPO.-

ARREST INFORMATION:

DATE- 06/26/15  TIME- 10:48 AGENCY- CA0340036   SACRAMENTO SHERIFF - CENTRAL D
LOCATION- 4600 38TH AVE

BOOKINGS:
1) REGISTRY NUMBER- 09886519 01
   WARRANT NBR.-                LEA.-
   DATE- 06/26/2015  TIME-  13:31    TYPE- PICKUP (FRESH ARREST)
                                           BAIL AMOUNT-    $645,000.00

   CODE   SECTION       DESCRIPTION                       SEVERITY   COUNT
   PC     29800(A)(1 POSSESSION OF FIREARM BY A FELON       FEL        01
   PC     30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMU FEL      01

2) REGISTRY NUMBER- 09886519 03   CASE NUMBER- 34100 P2791955
   WARRANT NBR.- SA 03212199  LEA.- SACRAMENTO ADULT PROBATION DIVISION
   DATE- 06/26/2015  TIME-  13:36    TYPE- COMMITMENT WARRANT
                                           BAIL AMOUNT- NO BAIL

   CODE   SECTION       DESCRIPTION                       SEVERITY   COUNT
   PC     3455(A)(4) PROBATION REQUEST FOR WARRANT PURSUANT T          01

CASES:
   NONE

OUTSTANDING WARRANTS:
   NONE

OUTSTANDING HOLDS:

1) REGISTRY NBR.- 09886519 02      TYPE- 3454              STATUS- ABEY
   HOLDING LEA- SACRAMENTO ADULT PROBATION DIVISION   BAIL AMOUNT- NO BAIL

   CODE   SECTION       DESCRIPTION                       SEVERITY   COUNT
   PC     3454(A)(4)

BAIL STATUS:                                    BAIL RELEASE NOT ALLOWED
```

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Superior Court of Sacramento

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jon Lloyd Houston

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: United States Courts
*(El nombre y dirección de la corte es):* 501 "I" Street STE 4-200 Sacramento CA, 95814

**CASE NUMBER:** *(Número del Caso):* 2:15-cv-02156-AC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Jon Lloyd Houston
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
12500 Bruceville Road, Elk Grove CA, 95757

DATE: _____ Clerk, by _____, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

SUM-100

# SUMMONS
*(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Superior Court of Sacramento

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jon Lloyd Houston

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: US Supreme Courts.
*(El nombre y dirección de la corte es):* Eastern District California
501 "I" Street STE 4-200, Sacramento, CA, 95814

**CASE NUMBER:** *(Número del Caso):* 2:15-CV-02156-AC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jon Lloyd Houston, 12500 Bruceville Road, Elk Grove, CA 95757

DATE: _____ Clerk, by _____ , Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov