1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JON LLOYD HOUSTON,                         No.  2:15-cv-2156 TLN AC P

12                  Plaintiff,

13          v.                                   ORDER

14   ANNE MARIE SCHUBERT,

15                  Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to

18   42 U.S.C. § 1983.  In response to this court's findings and recommendations filed March 14,

19   2016, see ECF No. 14, which recommends the dismissal of this case without prejudice, plaintiff

20   now requests the voluntary dismissal of this action.  See ECF No. 16.  Plaintiff's request will be

21   honored.  See Fed. R. Civ. P. 41(a).  As a result, all other pending matters in this action will be

22   denied as moot.

23          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

24   DATED: April 11, 2016

25

26                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE

27

28